# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-398
Lower Tribunal No. FCHR No. 202127030
_____

**Sherman T. Williams,**
Appellant,

vs.

**Miami Dade County Transit and Transportation America,**
Appellees.

An Administrative Appeal from the Florida Commission on Human Relations.

Sherman T. Williams, in proper person.

Law Offices of Michael A. Pancier, P.A., and Michael A. Pancier (Pembroke Pines), for appellee Transportation America.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.